ANNA ANASIEWICZ, *ET AL.*, PLAINTIFFS-PETITIONERS, v. SACRED HEART CHURCH OF NEW BRUNSWICK, NEW JERSEY, DEFENDANT-RESPONDENT.

See same case below: 74 *N. J. Super.* 532.

*Messrs. Strong & Strong* and *Mr. Karl R. Meyertons* for the petitioners.

*Messrs. Burton, Seidman & Burton* for the respondent.

September 17, 1962.   Denied.

CATHERINE A. SCHENCK, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CHURCH OF ST. ROSE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Harry R. Cooper* for the petitioners.

*Mr. Harold Feinberg, Messrs. Durand, Ivins & Carton* and *Mr. Robert R. Witt* for the respondents.

September 17, 1962.   Denied.